# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| IRENE SANDERS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil No. 3:13-0473 |
| | ) | Judge Trauger |
| COTY, INC., ET AL., | ) ) | |
| Defendant. | ) | |

**O R D E R**

The court has been notified that this case has settled. It is hereby **ORDERED** that a stipulation of dismissal or other settlement document shall be filed within twenty (20) days of the entry of this Order.

The jury trial set for February 24, 2015 and the pretrial conference set for February 20, 2015 are **CANCELLED**.

It is so **ORDERED**.

ENTER this 29th day of August 2014.

_____
ALETA A. TRAUGER
U.S. District Judge