IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IRENE SANDERS, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) NO. 3:13-cv-00473<br>) |
| | ) JUDGE TRAUGER |
| COTY INC., and COTY US LLC, | ) MAGISTRATE JUDGE GRIFFIN<br>) |
| Defendants. | )<br>) |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by the parties, through their undersigned attorneys, that, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the above-captioned action be dismissed, with prejudice and on the merits, without costs or attorneys' fees to any party.

Dated: September 4, 2014.

*/s/ Douglas S. Johnston, Jr., Esq.*  
Douglas S. Johnston, Jr., Esq.  
Barrett Johnston Martin & Garrison, LLC  
414 Union Street, Suite 900  
Nashville, TN 37219  
615.244.2202  
djohnston@barrettjohnston.com  

Attorney for Plaintiff

*/s/ Wood W. Lay, Esq.*  
Wood W. Lay, Esq.*  
Winston & Strawn LLP  
100 North Tryon Street, 29th Floor  
Charlotte, NC 28207  
704.350.7796  
wlay@winston.com  

*Admitted *Pro Hac Vice*  
Attorney for Defendants

**SO ORDERED:**

_____  
ALETA A. TRAUGER  
United States District Judge