IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IRENE SANDERS, | ) |
| Plaintiff, | ) |
| v. | ) NO. 3:13-cv-00473 |
| | ) JUDGE TRAUGER |
| COTY INC., and COTY US LLC, | ) MAGISTRATE JUDGE GRIFFIN |
| Defendants. | ) |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by the parties, through their undersigned attorneys, that, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the above-captioned action be dismissed, with prejudice and on the merits, without costs or attorneys' fees to any party.

Dated: September 4, 2014.

*/s/ Douglas S. Johnston, Jr., Esq.*
Douglas S. Johnston, Jr., Esq.
Barrett Johnston Martin & Garrison, LLC
414 Union Street, Suite 900
Nashville, TN 37219
615.244.2202
djohnston@barrettjohnston.com

Attorney for Plaintiff

*/s/ Wood W. Lay, Esq.*
Wood W. Lay, Esq.*
Winston & Strawn LLP
100 North Tryon Street, 29th Floor
Charlotte, NC 28207
704.350.7796
wlay@winston.com

*Admitted *Pro Hac Vice*
Attorney for Defendants

SO ORDERED:

_____
ALETA A. TRAUGER
United States District Judge